NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEAN M. JAMISON,                    )
                                    )
                                    )
          Appellant,                )
                                    )
v.                                  )     Case No.   2D18-1106
                                    )
HILLSBOROUGH COUNTY                 )
SHERIFF'S OFFICE,                   )
                                    )
          Appellee.                 )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey,
Judge.

Jean M. Jamison, pro se.

L. Tatum Brown, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ. Concur.